**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-6277**

---

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

KAREEM AKEEM MCMURRIN,

              Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Louise W. Flanagan, District Judge.  (2:08-cr-00005-FL-1)

---

Submitted: February 27, 2014          Decided:  March 4, 2014

---

Before NIEMEYER, KING, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kareem Akeem McMurrin, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Kristine L. Fritz, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareem Akeem McMurrin appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McMurrin, No. 2:08-cr-00005-FL-1 (E.D.N.C. Feb. 13, 2013); see also United States v. Black, 737 F.3d 280, 287 (4th Cir. 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED